FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 JUN -2  AM 10: 45
MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY REIGHARD,<br><br>Defendant. | No. 20 CR 93 J<br><br>18 U.S.C. § 1341<br>(Mail Fraud) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Beginning on or about January 21, 2015, and continuing through on or about August 27, 2019, in the District of Wyoming and elsewhere, the Defendant, **TRACY REIGHARD**, together with others known and unknown, and with intent to defraud, knowingly devised and intended to devise a scheme and artifice to defraud, and **REIGHARD** willfully participated in the scheme with knowledge of its fraudulent intent.

2. It was part of the scheme that persons known and unknown fraudulently obtained cellular telephones using stolen identities and caused the phones to be sent or delivered by commercial interstate carrier to buildings in Cheyenne, Wyoming. Once the phones arrived in Cheyenne, the Defendant, **TRACY REIGHARD**, retrieved the phones, repackaged them, and shipped them in interstate commerce to Africa.

3. It was further part of the scheme that persons known and unknown transferred funds to the Defendant, **TRACY REIGHARD**, with directions to re-transfer the funds to persons known and unknown. The Defendant, **TRACY REIGHARD**, kept some of the funds for personal use.

On or about August 8, 2019, in the District of Wyoming and elsewhere, the Defendant, **TRACY REIGHARD**, for the purpose of executing or attempting to execute the scheme described above, knowingly caused to be delivered by mail or commercial carrier fraudulently obtained cellular telephones.

In violation of 18 U.S.C. § 1341.

DATED this 2nd day of June 2020.

                MARK A. KLAASSEN
                United States Attorney

By: _____
      JONATHAN C. COPPOM
      Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | TRACY REIGHARD |
| **DATE:** | June 2, 2020 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 1341<br>(Mail Fraud)<br><br>0-20 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Jennifer L McGrath, FBI |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |